UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

MATTHEW KNICK,

    Plaintiff,

CASE NO.: 6:17-CV-01027-GAP-TBS

-vs-

CAPITAL ONE BANK (USA), N.A.

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Matthew Knick, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    DATED: September 25, 2017

                                                */s/Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                Florida Bar #: 88672
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile: (813) 223-5402
                                                fkerney@forthepeople.com
                                                jkneeland@forthepeople.com
                                                mbradford@forthepeople.com
                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Erin Hoffman, Esq., FAEGRE BAKER DANIELS, LLP, 2200 Wells Fargo Center 90 South 7th Street, Minneapolis, MN  55402; Megan P. Stephens, Esq., Burr & Forman LLP, 420 N. 20th Street, Suite 3400, Birmingham, AL  35203; Joshua H. Threadcraft, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL  35203.

                                                                  */s/ Frank H. Kerney, III, Esquire*
                                                                  Frank H. Kerney, III, Esquire
                                                                  Morgan & Morgan, Tampa,  P.A.