UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

MATTHEW KNICK,

   Plaintiff,

-vs-                                            CASE NO.: 6:17-CV-01027-GAP-TBS

CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

      **COMES NOW** the Plaintiff, Matthew Knick, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

      Respectfully submitted this 23rd day of October, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Joshua H. Threadcraft, Esquire* |
| Frank H. Kerney, III, Esquire | Joshua H. Threadcraft, Esquire |
| Florida Bar #: 88672 | Florida Bar #: 96153 |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 420 North 20th Street, Suite 3400 |
| 201 North Franklin Street, 7th Floor | Birmingham, AL 35203 |
| Tampa, FL 33602 | Telephone: (205) 251-3000 |
| Telephone: (813) 223-5505 | Facsimile: (205) 413-8701 |
| Facsimile: (813) 223-5402 | joshua.threadcraft@burr.com |
| fkerney@forthepeople.com | Counsel for the Defendant |
| jkneeland@forthepeople.com | |
| mbradford@forthepeople.com | |
| Counsel for Plaintiff | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Erin Hoffman, Esq., FAEGRE BAKER DANIELS, LLP, 2200 Wells Fargo Center 90 South 7th Street, Minneapolis, MN 55402; Megan P. Stephens, Esq., Burr & Forman LLP, 420 N. 20th Street, Suite 3400, Birmingham, AL  35203; Joshua H. Threadcraft, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL  35203.

/s/ Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Morgan & Morgan, Tampa,  P.A.